**United States Bankruptcy Court**
**Central District of California**

In re   Simply Hybrid, LLC dba Simply Rent A Car

Debtor(s)

Case No.   21-11697

Chapter   7

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Ali Saman**, declare under penalty of perjury that I am the ___ of **Simply Hybrid, LLC dba Simply Rent A Car**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 3rd day of MA, 20 21.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Ali Saman**, of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Ali Saman**, of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Ali Saman**, of this Corporation is authorized and directed to employ **Stephen L. Burton 113748**, attorney and the law firm of **Stephen L. Burton** to represent the corporation in such bankruptcy case."

Date   3/16/2021

Signed   _____
Ali Saman

Resolution of Board of Directors
of
Simply Hybrid, LLC dba Simply Rent A Car

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Ali Saman, of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Ali Saman, of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Ali Saman, of this Corporation is authorized and directed to employ Stephen L. Burton 113748, attorney and the law firm of Stephen L. Burton to represent the corporation in such bankruptcy case.

Date  3/16/2021    Signed  /s/ Ali Saman

Date _____    Signed _____