Elissa D Miller, Trustee
333 South Grand Ave. Suite 3400
Los Angeles, CA 90071
Telephone: (213) 626-2311

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

# CONTINUED 341 MEETING

| | |
|---|---|
| In Re:<br><br>SIMPLY HYBRID, LLC | Case No.:  2:21-BK-11697<br>Chapter 7 |

PLEASE TAKE NOTICE THAT THE 341 MEETING HAS BEEN CONTINUED TO:

DATE: 04/20/2021   TIME: 11:00 AM

LOCATION: **Telephonic Meeting**
Here is the dial-in:
Call 866-918-5491 and enter the Participant Code: 9337603
Make the call from a quiet area where there is as little background noise as possible. Do not use a speaker phone. Immediately place your phone on mute. As more than one Meeting will be held during this period, listen for your case to be called.  When your case is called, unmute your phone and identify yourself.  If you become disconnected before your Meeting is finished, call back.

PLEASE TAKE FURTHER NOTICE THAT:

Debtor to provide the trustee additional documents including copies of 2016-2020 years tax returns and copies of all bank statements from June, 2019 through filing date.

Dated: March 31, 2021                                          */s/ Elissa D. Miller*
                                                                              Elissa D. Miller
                                                                              Chapter 7 Trustee

I certify that I served the within notice on the above debtor(s) and the debtor(s)' attorney on March 31, 2021.

                                                                              /s/ Lupe Cortez
                                                                              Trustee Administrator
                                                                              lcortez@sulmeyerlaw.com