Elissa D. Miller
333 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
(213) 626-2311

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No. 2:21-bk-11697 BR |
| SIMPLY HYBRID, LLC | Chapter 7 |
| | **NOTIFICATION OF ASSET CASE** |
| Debtor. | DATE:    [NO HEARING SET]<br>TIME:    [NO HEARING SET]<br>PLACE:   [NO HEARING SET] |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE:**

Elissa D. Miller, the duly appointed and acting chapter 7 trustee in the above-captioned bankruptcy case, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in the above-captioned bankruptcy case and appropriate notice should be given to creditors to file claims.

Date: April 8, 2021

/s/ Elissa D. Miller
Elissa D. Miller
Chapter 7 Trustee