| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Elissa D. Miller<br>emiller@sulmeyerlaw.com<br>333 South Grand Avenue, Suite 3400<br>Los Angeles, California 90071<br>Telephone: 213.626.2311<br>Facsimile: 213.629.4520<br><br>Chapter 7 Trustee<br><br>☒ *Individual appearing without attorney*<br>☐ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>SIMPLY HYBRID, LLC, | CASE NO.:2:21-bk-11697-BR<br><br>CHAPTER: 7 |
|---|---|
| Debtor(s). | **NOTICE OF SALE OF ESTATE PROPERTY** |

| **Sale Date:** 05/04/2021 | **Time:** 2:00 am |
|---|---|
| **Location:** Internet at http://www.rlspear.com/auctions/ | |

**Type of Sale**:  ☒ Public   ☐ Private     **Last date to file objections**: 05/03/2021

**Description of property to be sold**:
2015 Chevrolet Suburban – Black
2015 Toyota Prius – Black
2015 Toyota Prius – Gray
2013 Ford Escape - Black

**Terms and conditions of sale**: As is where is with no represented or warranty.  13% buyer's commision.  Estate to pay 10% plus $2,000 costs to auctioneer.


**Proposed sale price**: Starting price per car on auction website.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*          Page 1          **F 6004-2.NOTICE.SALE**

**Overbid procedure (*if any*):**

Internet Auction.  Overbids posted on website when Auction posted.

**If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:**

**Contact person for potential bidders (*include name, address, telephone, fax and/or email address*):**

David Spear
818.735.0822
800.350.5568
main@rlspear.com

Date: 04/15/2021

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 6004-2.NOTICE.SALE**

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled: **NOTICE OF SALE OF ESTATE PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 04/15/2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**See Attached**

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 04/15/2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**See Attached**

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/15/2021 | Cheryl Caldwell | /s/Cheryl Caldwell |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                   Page 3                                   **F 6004-2.NOTICE.SALE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Stephen L Burton on behalf of Debtor Simply Hybrid, LLC
steveburtonlaw@aol.com, ellie.burtonlaw@gmail.com

Elissa Miller (TR)
CA71@ecfcbis.com, MillerTrustee@Sulmeyerlaw.com;C124@ecfcbis.com;ccaldwell@sulmeyerlaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov


2. **SERVED BY U.S. MAIL**


Debtor
Simply Hybrid, LLC
150 W Ivy Avenue
Inglewood, Ca 90302-2907


All Creditors

| | | |
|---|---|---|
| Ali Saman<br>1824 Fairford Drive<br>Fullerton, CA 92833-1511 | Ottmar Benavides c/o<br>Law Offices of Benjamin Davidson<br>8383 Wilshire Blvd, Suite 830<br>Beverly Hills, CA 90211-2445 | William Becker<br>Attorney at Law<br>2711 North Sepulveda Blvd Suite 236<br>Manhattan Beach, CA 90266-2725 |