Benjamin Davidson, Esq. – State Bar No. 241859
E-mail: bdavidson@bendavidsonlaw.com
LAW OFFICES OF BENJAMIN DAVIDSON, P.C.
116 S. Catalina Ave., Suite 101
Redondo Beach, CA 90277
Telephone: (323) 713-0010
Facsimile: (323) 488-688

Attorneys for Creditor,
Ottmar Benavides

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SIMPLY HYBRID, LLC,<br><br>           Debtor. | Case No. 2:21-bk-11697-BR<br><br>Chapter 7<br><br>**NOTICE OF CHANGE OF ADDRESS OF ATTORNEY FOR CREDITOR OTTMAR BENAVIDES** |

TO THE HONORABLE COURT AND TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

      NOTICE IS HEREBY GIVEN that the address of the Law Offices of Benjamin Davidson, P.C., counsel for Creditor Ottmar Benavides (Claim 3-1), has changed. The new address, for all purposes, is the following:

**Law Offices of Benjamin Davidson, P.C.**
**116. S. Catalina Ave., Suite 101**
**Redondo Beach, CA 90277**

All additional contact information remains unchanged.

Dated: November 10, 2023      LAW OFFICES OF BENJAMIN DAVIDSON, P.C.

By: _____
    BENJAMIN DAVIDSON, ESQ.
    Attorney for Creditor
    Ottmar Benavides

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
116 S. Catalina Ave., Suite 101, Redondo Beach, California 90278

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF CHANGE OF ADDRESS OF ATTORNEY FOR CREDITOR OTTMAR BENAVIDES
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/10/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Stephen L Burton steveburtonlaw@aol.com, ellie.burtonlaw@gmail.com
- Benjamin Davidson bdavidson@bendavidsonlaw.com
- Joseph C Delmotte ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
- Krikor J Meshefejian kjm@lnbyg.com

☑ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/10/2023 | Carmit Daniely | *Carmit Daniely* /s/ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                   F 9013-3.1.PROOF.SERVICE

PROOF OF SERVICE (CONTINUED)

1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (continued):

- Elissa Miller (TR) CA71@ecfcbis.com, MillerTrustee@gmlaw.com; C124@ecfcbis.com;cheryl.caldwell@gmlaw.com;cheryl.caldwell@ecf.courtdrive.com
- Josephine E Salmon ecfcacb@aldridgepite.com
- JES@ecf.inforuptcy.com;jsalmon@aldridgepite.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- Edward M Wolkowitz emw@lnbyg.com